IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PAVEL KISLYAK,** | ) | **CASE NO. 4:11CV3100** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **NEBRASKA STATE, YORK COUNTY,** | ) | |
| **YORK COUNTY** | ) | |
| **COURT/SHERIFF/JAIL,** | ) | |
| **LINCOLN REGIONAL CENTER,** | ) | |
| **AND ET AL., and LRC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the clerk of court's discovery of an unfiled document. On Wednesday, January 30, 2013, the clerk of this court advised me that, on January 24, 2013, a court employee discovered a handwritten document entitled "Request the Copies of U.S. District Court Sections/Chapters/Titles of the Law Procedurals" in the desk drawer of an employee who terminated his employment with the clerk's office in September 2012. The document is signed by Plaintiff Pavel Kislyak and is dated July 23, 2011. As best as the court can tell, Plaintiff's document seeks copies of various civil and criminal law statutes, a request the court would have denied had the document been filed in July 2011.

The court has carefully reviewed the document and will order the clerk's office to file it as a motion for copies as of July 23, 2011. In addition, the court will deny the motion for copies.

IT IS THEREFORE ORDERED that:

1.  The clerk's office is directed to file the above-referenced document as of July 23, 2011; and

2. Plaintiff's motion for copies is denied.

DATED this 31st day of January, 2013.

                                BY THE COURT:

                                s/Laurie Smith Camp
                                Chief United States District Judge